## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GARY TUCKER, | : | No. 117 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated October |
| | : | 26, 2016 at No. 439 MD 2015. |
| v. | : | |
| | : | |
| | : | |
| JOHN E. WETZEL, TANYA BRANDT, | : | |
| RANDALL S. PERRY, MICHAEL BELL, | : | |
| SUPT. HARRY, DEBORAH ALVORD, | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 22nd day of August, 2017, the Order of the Commonwealth Court is **AFFIRMED.**